Kevin HENDERSON; Lisa Richardson Henderson, Plaintiffs–Appellants,

v.

HOWARD COUNTY, MARYLAND; Officer Pete, In his official and individual capacity; Detective Clate Jackson, In his official and individual capacity; Officer Joshua Lapier, In his official and individual capacity, Defendants–Appellees.

No. 10–1688.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Nov. 24, 2010.

* The opinion is filed by a quorum pursuant to 28 U.S.C. § 46(d)

788

Kevin Henderson, Lisa Richardson Henderson, Appellants Pro Se. Louis Paul Ruzzi, Melissa Shane Whipkey, Howard County Office of Law, Ellicott City, Maryland, for Appellees.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Henderson v. Howard County, Md.*, No. 1:09–cv–01957–MJG (D.Md. May 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*